**Fill in this information to identify the case:**

**Debtor name:** Movie Grill Concepts XXIV, LLC

**United States Bankruptcy Court for the:** Northern District of Texas

**Case number (if known):** 20-32658

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | University Mall Portwood Owner LLC, University Mall TIC Owner LLC, University Mall SOHO Owner LLC University Mall Portwood Owner LLC, c/o RD Management LLC, Attn: Richard Birdoff 810 Seventh Avenue 10th Floor New York NY 10019 | Velvet Hilborn vhilborn@rdmanagement.com Tel: 813-971-3466 | Leased property Landlord | ☐ C ☐ U ☐ D | $679,875.12 | $0.00 | $679,875.12 |
| 2 | INTEGRITY HOME SOLUTIONS 5414 W CRESHAW ST TAMPA FL 33634 | Shawn Henson shawn@homeofintegrity.com Tel: (813) 575-7772 | | ☐ C ☐ U ☐ D | | | $66,083.00 |
| 3 | PRESIDIO TECHNOLOGY CAPITAL LLC DEPT 2058 PO BOX 74390 CHICAGO IL 60690 | Marcy Raeford mraeford@presidio.com Tel: 678-291-1957 | | ☐ C ☐ U ☐ D | | | $65,829.92 |
| 4 | Hillsborough County Tax Collector PO Box 30012 Tampa FL 33630-3012 | Tel: (512) 960-1053 | | ☐ C ☐ U ☐ D | | | $51,384.17 |
| 5 | Tampa Electric Company PO Box 31318 Tampa FL 33631-3318 | | | ☐ C ☐ U ☐ D | | | $25,919.04 |
| 6 | BATES ELECTRIC 7901 HOPI PLACE TAMPA FL 33634 | Joseph Goldthorp Joe@bateselectric.com Tel: (813) 449-6176 | | ☐ C ☐ U ☐ D | | | $7,463.00 |

Debtor **Movie Grill Concepts XXIV, LLC**　　　　　　　　　　　　　　　　　　　　　　　Case number *(if known)* **20-32658**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | VERTICAL ENTERTAIMENT LLC<br>2500 BROADWAY STE F-125<br>SANTA MONICA CA 90404 | Michael Pollock<br>Michael Pollockmichael@vert-ent.com<br>Tel: 203-685-1658 | | ☐ C<br>☐ U<br>☐ D | | | $4,189.26 |
| 8 | ARC BEST<br>PO BOX 10048<br>FORT SMITH AR 72917-0048 | John Pollard<br>jpollard@arcb.com<br>Tel: (479) 785-6482 | | ☐ C<br>☐ U<br>☐ D | | | $3,578.00 |
| 9 | NOVATIME TECHNOLOGY, INC<br>DEPT CH 16364<br>PALATINE IL 60055-6364 | Brandi Larson<br>blarson@ascentis.com<br>Tel: (909) 895-8100 | | ☐ C<br>☐ U<br>☐ D | | | $3,101.32 |
| 10 | SMART CARE EQUIPMENT SOLUTIONS<br>PO BOX 74008980<br>CHICAGO IL 60674-8980 | Serjevah Davis<br>serjevah.davis@smartcaresolutions.com<br>Tel: (800) 822-2303 | | ☐ C<br>☐ U<br>☐ D | | | $1,724.71 |
| 11 | HOTSCHEDULES.COM<br>3440 Preston Ridge Rd<br>Ste 650<br>Alpharetta GA 30005 | Danny Matthews<br>danny.matthews@hotschedules.com<br>Tel: 512-982-5542 | | ☐ C<br>☐ U<br>☐ D | | | $1,627.03 |
| 12 | Ecolab<br>PO Box 70343<br>Chicago IL 60673-0343 | Badger, Tracy<br>Tracy.Badger@ecolab.com<br>Tel: (800) 352-5326 | | ☐ C<br>☐ U<br>☐ D | | | $1,492.66 |
| 13 | TWC Services Inc.<br>PO Box 1612<br>Des Moines IA 50306-1612 | Maria Matheny<br>Maria.Matheny@twcservices.com<br>Tel: (770) 438-9797 | | ☐ C<br>☐ U<br>☐ D | | | $1,384.48 |
| 14 | NuCO2 LLC<br>PO BOX 417902<br>Boston MA 02241-7902 | Tel: (800) 472-2855 | | ☐ C<br>☐ U<br>☐ D | | | $1,225.56 |
| 15 | Ecolab Pest Elimination Div.<br>PO Box 70343<br>Chicago IL 60673-0343 | Badger, Tracy<br>Tracy.Badger@ecolab.com<br>Tel: (800) 352-5326 | | ☐ C<br>☐ U<br>☐ D | | | $1,208.58 |
| 16 | Alsco<br>ATTN: CORP ACCTS DEPT<br>505 EAST 200 SOUTH<br>SALT LAKE CITY UT 84102 | Diane Webster<br>Diane Websterdwebster@alsco.com<br>Tel: (302) 322-2136 | | ☐ C<br>☐ U<br>☐ D | | | $1,192.38 |
| 17 | EDWARD DON & COMPANY<br>2562 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | Faina Martynyuk<br>Faina MartynyukFainaMartynyuk@don.com<br>Tel: (800) 777-4366 | | ☐ C<br>☐ U<br>☐ D | | | $926.40 |

Debtor **Movie Grill Concepts XXIV, LLC**     Case number *(if known)* **20-32658**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | SCENTAIR TECHNOLOGIES LLC<br>3810 SHUTTERFLY RD STE 900<br>CHARLOTTE NC 28217-3071 | Beverly Jonas<br>bjonas@scentair.com<br>Tel: (704) 504-2320 | | ☐ C<br>☐ U<br>☐ D | | | $813.75 |
| 19 | PARAMOUNT PICTURES<br>P.O. BOX 748774<br>LOS ANGELES CA 90074-8774 | Eric Thomas<br>eric.thomas2@viacom.com<br>Tel: (817) 733-7739 | | ☐ C<br>☐ U<br>☐ D | | | $793.24 |
| 20 | SABAN FILMS LLC<br>10100 SANTA MONICA BLVD. #2525<br>LOS ANGELES CA 90067 | Rob<br>eammonfilms@sbcglobal.net<br>Tel: (818) 758-1974 | | ☐ C<br>☐ U<br>☐ D | | | $790.96 |
| 21 | Vistar Corporation<br>4905 New York Ave Ste. 101<br>Arlington TX 76018 | Maddalena Vincente<br>Maddalena.Vicente@pfgc.com><br>Tel: (682) 323-3822 Ext. MAGG | | ☐ C<br>☐ U<br>☐ D | | | $761.57 |

**Fill in this information to identify the case and this filing:**

Debtor name: Movie Grill Concepts XXIV, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): 20-32658

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/31/2020
                     MM/DD/YYYY

x _____
Signature of individual signing on behalf of debtor

William Snyder
Printed name

CRO
Position or Relationship to Debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors    Page 1 of 1